United States District Court
Southern District of Texas
**ENTERED**
March 25, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

RONNY EDUARDO RUIZ
CARRILLO,

    Petitioner,

v.

WARDEN, HOUSTON CONTRACT
DETENTION CENTER,

    Respondent.

§
§
§
§
§
§
§
§
§
§
§
§

CIVIL NO.  4:26-CV-914

## ORDER

The Court grants Federal Respondent's opposed motion for an out-of-time extension to respond to the habeas petition. Federal Respondents have until **March 23, 2026**, to file a response to the Petitioner's habeas petition (Dkt. 1).

It is so Ordered.

Signed on ___MARCH 25___, 2026 at Houston, Texas.

_____
Hon. Sim Lake
United States District Judge